UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                   Plaintiff,                          DECISION AND ORDER

            v.                                                              15-CR-6101L

JAMES EDWARD SANDFORD, III,

                                   Defendant.

_____

Defendant, James Edward Sandford, III ("Sandford"), filed a *pro se* motion (Dkt. #353) for the return of certain money and property seized by law enforcement officers. The Government filed a Response (Dkt. #356) opposing the motion under Fed. R. Crim. P. 41(g).

Sandford's motion is denied, essentially for the reasons advanced in the Government's Response. As the Government notes, there is still a potential for a trial on those counts on which the jury could not agree in Sandford's trial.

Sandford's appeal is still pending.

**CONCLUSION**

Defendant, James Sandford's motion (Dkt. # 353) for return of property is DENIED without prejudice.

IT IS SO ORDERED.

_____
            DAVID G. LARIMER
         United States District Judge

Dated:  Rochester, New York
        March 19, 2021.