UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

JAMES EDWARD SANDFORD, III,

                Defendant.
_____

DECISION AND ORDER

15-CR-6101L

      Defendant's *pro se* motion (Dkt. #385) for this Court to reconsider its Decision and Order entered October 18, 2022, is in all respects DENIED.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
         December 9, 2022.